OPINION — AG — THE ITEMS MAY BE TRANSFERRED, CONDITIONED ON THE DISCRETION AND WRITTEN APPROVAL OF THE BUDGET DIRECTOR. WE WOULD ALSO DIRECT YOUR ATTENTION TO SUBSECTION (B) AND ITS LANGUAGE DEALING WITH 25 PERCENT OF THE APPROPRIATIONS. WE WOULD ALSO DIRECT YOUR ATTENTION TO SUBSECTION (E), THAT NO TRANSFER SHALL BE APPROVED AFTER JUNE 10TH OF THE FISCAL YEAR TO WHICH THE TRANSFER RELATES. CITE; 62 O.S. 1961 41.12 [62-41.12] (JACK SWIDENSKY)